**Jeffrey D. SERVIN, Leonard J. Berwick, Osage Corp., dba First City Communications Inc., Plaintiffs–Appellants,**

v.

**NEW WORLD NETWORK INTERNATIONAL, LTD., New World Network USA, Inc., Columbus Communications, Ltd., Barclays Bank PLC, Defendants–Appellees,**

**Morgan Stanley, Defendant.**

**No. 15–1630.**

United States Court of Appeals, Second Circuit.

April 26, 2016.

Jeffrey D. Servin, pro se, Philadelphia, PA, for Appellant.

Douglas H. Flaum (Joshua M. Bennett, Jenna E. Browning, on the brief), Paul Hastings LLP, New York, NY, for Appellees.

PRESENT: ROBERT D. SACK, RICHARD C. WESLEY, GERARD E. LYNCH, Circuit Judges.

### SUMMARY ORDER

Plaintiff–Appellant Jeffrey D. Servin ("Servin"), proceeding *pro se*, appeals the District Court's judgment dismissing his state law tort claims against Defendants. Plaintiffs–Appellants Leonard J. Berwick and First City Communications Inc.'s appeal was previously dismissed by this Court for failure to file an appellate brief and appendix. We assume the parties' familiarity with the underlying facts, the procedural history, and the issues presented for review.

We have considered all of Servin's arguments and find them to be without merit. Accordingly, we **AFFIRM** for substantially the reasons stated in the District Court's thorough and comprehensive opinion below.